J. Anthony Penry
2245 Gateway Access Point
Suite 203
Raleigh NC 27607
NC Bar No. 8936
Andy.penry@penryriemann.com
(919) 792-3891

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capital Investment Group, Inc. Plaintiff, v. Robert Shaw Graham, Defendants. | No. COMPLAINT |

Plaintiffs state:

1. Plaintiff Capital Investment Group, Inc. ("CIG") is a North Carolina Business Corporation, with its principal headquarters located in Wake County, North Carolina.

2. Defendant Robert Shaw Graham ("Graham") is a natural person and previously registered Investment Advisor and Broker with FINRA CRD

1

3126485, and upon information and belief, is a citizen of Arizona and a domiciled in Maricopa County, Arizona.

3. This court has subject matter jurisdiction over this matter pursuant to the parties' diversity of citizenship of the parties because the parties are citizens and domiciled in separate states.

4. This court has personal jurisdiction of the parties because the defendant is a resident of Maricopa County, Arizona.

5. Venue is appropriate in this Court.

6. The defendant signed a written contract with CIG on November 29, 2010, in which he agreed to be responsible to CIG for his actions as an Investment Advisor and representative CIG and its licensees. The defendant also agreed to "comply with all the policies and rules" of CIG, and that he would always disclose his representation of CIG in soliciting orders, and that all "orders for securities will be placed through CIG and its correspondent broker." The parties further agreed to "at all times fully comply with applicable regulations of the SEC, FINRA, the North Carolina Division of Securities[,]" and "conduct their business in full and complete conformity with such laws, rules and regulations[.]"

7. The defendant also agreed to "indemnify and pay to CIG all reasonable attorney fees and costs, or court or arbitration fees and cost incurred by CIG in

the defense thereof as well as any damages or other costs which may be sustained by CIG as a result of litigation or arbitration award or by settlement."

8. The defendant further agreed that he would pay attorney fees and costs in the event that CIG would need to initiate legal action against him and prevail.

9. CIG settled a confidential FINRA arbitration that required CIG to pay $350,000.00 to a claimant-investor who had been improperly solicited and advised by the defendant in defiance of supervision provided by CIG. CIG then paid the settlement, together with attorney fees and other costs associated with litigating that action.

10. Massachussetts Office of the Secretary of the Commonwealth Securities Division then entered an order that required CIG to pay an administrative fee of $50,000.00 for illegal actions that the defendant undertook in defiance of supervision provided by CIG. CIG then paid the fees, together with attorney fees and other costs associated with litigating that action.

11. CIG then settled a confidential FINRA arbitration that required CIG to pay $122,500.00 to a claimant-investor who had been improperly solicited and advised by the defendant in defiance of supervision provided by CIG. CIG then paid the settlement, together with attorney fees and other costs associated with litigating that action.

Plaintiffs respectfully request the Court:

1. Order compensatory damages in excess of $75,000.00;

2. Reasonable attorneys fees;

3. Costs and interest; and

4. Other proper relief.

This 22nd day of March, 2021.

                                            PENRY RIEMANN PLLC

                                            /s/ J. Anthony Penry
                                            J. Anthony Penry
                                            Attorney for Plaintiff