J. Anthony Penry, NC Bar No. 8936
PENRY | RIEMANN PLLC
2245 Gateway Access Point Suite 203
Raleigh NC 27607
919.516.0880 (fax)
andy.penry@penryriemann.com
919.792.3893
*Attorney for Plaintiff Capital Investment Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Capital Investment Group, Inc.,<br>　　　Plaintiff<br>　　v.<br><br>Robert Shaw Graham,<br>　　　Defendant. | NO. CV-21-00517-PHX-DLR<br><br>STIPULATION AND<br>MOTION TO STAY<br>PENDING ARBITRATION |

　　　The parties respectfully request the Court to enter an order staying this matter pending Arbitration based on stipulation entered into by Plaintiff, Capital Investment Group, Inc., and Defendant Robert Shaw Graham, by and through their undersigned counsel of record. The parties stipulate as follows:

1. The parties will arbitrate the claims pending in this action consistent with their written agreements;
2. The matter shall be stayed pending arbitration between Plaintiff and Defendant; and
3. The United States District Court, District of Arizona, shall retain jurisdiction of this matter.

This the 9th Day of November, 2021

TIMOTHY A. LA SOTA, PLC

*Timothy La Sota*
_____
Timothy A. La Sota
*Attorney for Defendant*

PENRY RIEMANN PLLC

/s/ J. Anthony Penry
_____
J. Anthony Penry
*Attorney for Plaintiff*