# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Capital Investment Group Incorporated, | No. CV-21-00517-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Robert Shaw Graham, | |
| Defendant. | |

Before the Court is the parties' stipulation to stay this proceeding pending arbitration. (Doc. 17.) For cause shown,

**IT IS ORDERED** that the parties' stipulation (Doc. 17) is **GRANTED**. The Clerk is directed to close this case, whereupon, by proper motion of the prevailing party at arbitration, it may be reopened or dismissed with prejudice.

Dated this 15th day of November, 2021.

_____
Douglas L. Rayes
United States District Judge